THE STATE, Appellant, v. HERREFORD, Respondent.

1. State v. Davis, ante, p. 391, affirmed.

*Appeal from Barry Circuit Court.*

This was an indictment founded upon the 39th section of the second article of the act concerning crimes and punishments.

*Knott,* (attorney general,) for the State.

I. The indictment is sufficient. (Jennings v. State, 9 Mo. 852; State v. McGrath, 19 Mo. 679; 11 Mo. 582.)

SCOTT, Judge, delivered the opinion of the court.

There is but one offence charged in the indictment. An indictment similar to this was held good at this term in the case of the State v. Davis.

Judge Napton concurring, the judgment will be reversed and the cause remanded, with an order that the defendant appear at the next term of the Barry circuit court to answer the indictment.